**UNITED STATES of America, Appellee, v. Nathan KAPLAN, Appellant.**

No. 290.

Circuit Court of Appeals, Second Circuit.
March 20, 1939.

James D. C. Murray, of New York City, for appellant.

William F. Young, Asst. U. S. Atty., and Gregory F. Noonan, U. S. Atty., both of New York City (Joseph P. Martin and Abel I. Smith, Jr., Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before L. HAND and CHASE, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.
Judgment affirmed.